E-FILED
Tuesday, 08 March, 2011 03:08:22 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| DIANNE FREEMAN,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Case No. 11-cv-1090 |

## O P I N I O N & O R D E R

    Before the Court is Petitioner Dianne Freeman's Pro se Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 and Memorandum of Arguments and Authorities in Support (Doc. 1). On April 20, 2009, Petitioner entered into a written plea agreement, pursuant to which she pled guilty to one count of Money Laundering Conspiracy pursuant to 18 U.S.C. § 1956(h) and one count of Embezzlement and Misapplication by Bank Employee pursuant to 18 U.S.C. § 656. (09-cr-10006 Minute Entry of 4/20/2009). On September 21, 2009, this Court sentenced Petitioner to a term of 97 months on each count, to be served concurrently. (09-cr-10006 Minute Entry of 9/21/2009). Petitioner now seeks to challenge her conviction and sentence based upon the alleged ineffectiveness of her counsel.

    Pursuant to 28 U.S.C. § 2255 and Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts, the Court has considered the

grounds for relief set forth in the motion and cannot determine that Petitioner's claims are without merit.

IT IS THEREFORE ORDERED:

1. The Clerk SHALL cause a copy of the § 2255 Motion (Doc. 1) to be served upon Respondent.

2. Respondent SHALL file an answer or other response within sixty (60) days after service of the Petition. Respondent should address any facts which would establish whether Petitioner's claims are untimely or procedurally barred. In addition, Respondent should address the merits of Petitioner's constitutional claims and otherwise fully comply with Rule 5 of the Rules Governing Section 2255 Cases in the United States District Courts.

3. Petitioner MAY file a reply to Respondent's response within thirty (30) days of being served with Respondent's response.

4. Petitioner SHALL serve upon the Respondent a copy of every further pleading or other document submitted for consideration by the Court.

Entered this <u>8th</u> day of March, 2011.

s/ Joe B. McDade
JOE BILLY McDADE
United States Senior District Judge
